# EXHIBIT A

219638169



CIVIL COURT OF THE STATE OF NEW YORK
QUEENS COUNTY
-------------------------------------------------------------X

TOWSIF HUSSAIN,

                 Plaintiff,

-against-

EQUIFAX,

                 Defendant.

-------------------------------------------------------------X

Index No.: **29444**

**SUMMONS**

Basis of Venue:
Plaintiff's Residence

Plaintiff's Address:
10753 77th St.
Ozone Park, NY 11417

**TO THE ABOVE-NAMED DEFENDANT:**

YOU ARE HEREBY SUMMONED to appear in the Civil Court of New York, County of Queens, at the office of said court at 89-17 Sutphin Blvd, Jamaica, NY, within the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk. Upon your failure to answer, judgment will be taken against you for the sum demanded in the complaint, with interest and costs.

Dated: December 4, 2024
       New York, New York

Sincerely,

Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8th Floor
New York, New York 10018
pbustos@bustosassociates.com
Phone: (212) 970-6727

COPY
ORIGINAL PAPERS
RECEIVED AND FILED
ON DEC 0 4 2024
CIVIL COURT
QUEENS COUNTY

TO:    EQUIFAX
         2 Sun Court, Suite 400
         Peachtree Corners, GA 30092

NOTE : The law provides that : (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside of the City of New York, or by publication, or by any means other than personal delivery to you with the City of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of the Court within which to appear and answer.

CIVIL COURT OF THE STATE OF NEW YORK
QUEENS COUNTY
----------------------------------------------------------------X

TOWSIF HUSSAIN,

                                   Index No.: CV-029444-24/QU

                        Plaintiff,

         -against-
                                   **COMPLAINT**

EQUIFAX,

                        Defendant.
----------------------------------------------------------------X

      Plaintiff TOWSIF HUSSAIN ("Plaintiff"), by and through his attorneys, Bustos &

Associates, P.C., as and for his Complaint against the Defendant EQUIFAX ("Defendant"),

respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

      1.     Plaintiff brings this action on his own behalf for damages and declaratory and

injunctive relief arising from the Defendant's violation(s) of: (i) §1681 *et seq. as amended*, of

Title 15 of the United States Code, commonly referred to the Fair Credit Reporting Act

("FCRA").

## PARTIES

      2.     Plaintiff TOWSIF HUSSAIN is a resident of the State of NEW YORK, residing in

Queens.

      3.     Defendant EQUIFAX is a Georgia corporation.

      4.     The Defendant is regularly engaged in the business of assembling, evaluating, and

disbursing information concerning consumers for the purpose of furnishing consumer reports, as

defined in 15 USC §1681(d) to third parties.

## JURISDICTION AND VENUE

5.    The Court has jurisdiction over this matter pursuant to 28 USC §1331, 1337 as well as 15 USC §1681p *et seq.* and 28 U.S.C. §2201.    The Court also has pendent jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §1367(a).

6.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7.    Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8.    The Plaintiff obtained a copy of his credit report on Oct. 21st ,2024 and noticed several accounts reporting with inaccurate information. Based on this information the Plaintiff wrote a dispute letter and sent by certified mail to the Defendant dated Oct. 21st, 2024. The letter stated:

Dear Equifax

The following accounts below are reporting inaccurately please investigate accordingly:

● JPMCB CARD ACCCOUNT #: 426684XXXXXXX — THIS ACCOUNT WAS PAID OFF IN 2020 AND THERE SHOULD BE NO CHARGE OFF BALANCE OF $1749. PLEASE INVESTIGATE AND MAKE ALL PROPER CHANGES

● VERIZON ACCOUNT#: 556829 — THIS ACCOUNT WAS PAID OFF FOR DELETION YET IT IS REPORTING AS A PAID COLLECTION WHICH IS NOT WHAT I AGREED TO. PLEASE

INVESTIGATE AND MAKE ALL PROPER CHANGES

9.    Equifax never responded.

10.    The Plaintiff pulled his credit report again on December 1st, 2024, and the Defendant failed to do a reasonable investigation within 30 days. The disputed tradelines were not marked as disputed, verified or deleted as required within the 30 days. There was no change in the disputed tradelines.

11.    The Plaintiff received no response by mail or email.

12.    The Defendant failed to do a reasonable, proper investigation of the disputed accounts and failed to respond within the 30 day requirement and thereby violated the Plaintiff's rights under the FCRA.

### FIRST CAUSE OF ACTION
### (Violations of the FCRA)

13.    Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "12" herein with the same force and effect as if the same were set forth at length herein.

15.    15 USC §1681i(a) Reinvestigations of disputed information

(1) Reinvestigation required

(A) In general

Subject to subsection (f) and except as provided in subsection (g), if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with

paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

16.    The Defendant violated 15 USC §1681i(a) by failing to properly investigate the disputed account and respond to the Plaintiff within the required 30 day period and further to delete the account within the required 30 days.

17.    The Defendant violated the Plaintiff's rights under 15 USC §1681e(b) by failing to establish and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to the Plaintiff's credit report and credit files Defendant published and maintained. By failing to update the credit report, delete and/or remove the disputed accounts as the Plaintiff requested.

18.    As a result, Defendant violated 15 USC §1681e(b), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

19.    The violations by the Defendant of 15 USC §1681e (b) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n.

20.    After receiving the Plaintiffs dispute, Defendant negligently failed to conduct a reasonable reinvestigation as required by 15 USC §1681i. As a direct and proximate cause of Defendant's negligent failure to perform its duties under FCRA, The Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

21.    Defendant is liable to the Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorney's fees pursuant to 15 USC §1681o.

22.    Defendant prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding the Plaintiff as that term is defined in 15 USC §1681i(a).

23.    Such reports contained information about the Plaintiff that was false, misleading, and inaccurate.

24.    The Defendant violated 15 USC §1681i(a) by failing to conduct a reasonable reinvestigation after receiving the Plaintiffs dispute to an Errant Trade line to determine whether the disputed information was inaccurate and record the current status of the disputed information by either updating or deleting the item from the Plaintiffs credit files.

25.    As a result of the Defendant violations of 15 USC §1681i(a), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

26.    The violations by the Defendant of 15 USC §1681i(a) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendants were negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

27.    As a result of the Defendant's violations of 15 USC §1681i (a)(1)(A), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

28.    The violations by the Defendant of 15 USC §1681i (a)(1)(A) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendant was negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

29.    The Defendant violated 15 USC §168i (a)(5)(A) by failing to promptly delete the disputed inaccurate items of information from Plaintiff's credit file or modify the item of information upon a lawful reinvestigation.

30.    Plaintiff is entitled to recover actual damages, statutory damages, costs and attorney fees from the Defendant(s) in an amount to be determined by the Court pursuant to 15 USC §1681n and 15 USC §

31.    **WHEREFORE,** Plaintiff demands judgment for actual, statutory, and punitive damages against Defendants, jointly and severally; for his attorneys' fees and costs, for prejudgment and post-judgment interest at the judgment rate, and such other relief the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

32.    Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment from the Defendant:

A.    For statutory, actual and punitive damages provided and pursuant to the FCRA,15 U.S.C. 1681 § n (a)(1)(A), n (2), n (3); in the alternative for damages pursuant to negligence under 15 U.S.C. 1681 § o (a) (1)(2)

B.    For attorneys' fees and costs provided and pursuant to 15 USC §1681n of the FCRA;

C.    A Declaration that the Defendant's practices violated the FCRA and,

D.     For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:     New York, New York
           December 4, 2024

Respectfully submitted,

Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8th Floor
New York, New York 10018
pbustos@bustosassociates.com
Phone: (212) 970-6727
*Attorneys for the Plaintiff*

October 21, 2024

Towsif Hussain
10753 77th St
Ozone Park NY 11417

EQUIFAX
P.O. BOX 105319
ATLANTA, GA 30348

Dear Equifax

The following accounts below are reporting inaccurately please

investigate accordingly:

- JPMCB CARD ACCCOUNT #: 426684XXXXXXXX — THIS ACCOUNT WAS PAID OFF IN 2020 AND THERE SHOULD BE NO CHARGE OFF BALANCE OF $1749. PLEASE INVESTIGATE AND MAKE ALL PROPER CHANGES

- VERIZON ACCOUNT#: 556829 — THIS ACCOUNT WAS PAID OFF FOR DELETION YET IT IS REPORTING AS A PAID COLLECTION WHICH IS NOT WHAT I AGREED TO. PLEASE INVESTIGATE AND MAKE ALL PROPER CHANGES

Sincerely,

Towsif Hussain

SOCIAL SECURITY : ▓▓▓▓▓▓▓
DATE OF BIRTH: 4/1/2001

12/4/24, 9:38 AM    Clipped_image_20240729_185117 (1) (2).png



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)     $
- ☐ Return Receipt (electronic)    $
- ☐ Certified Mail Restricted Delivery  $
- ☐ Adult Signature Required      $
- ☐ Adult Signature Restricted Delivery  $

Postmark
Here

OCT 22 2024

Postage

$

Total Postage and Fees

$

Sent To  Equifax

Street and Apt. No., or PO Box No.  P.O. Box 105379

City, State, ZIP+4®  Atlanta, GA 30348

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0558 0071 52



View report from

| Oct 21, 2024 | ⌄ |
| --- | --- |

You are viewing an out-of-date report. This does not reflect your current score.

# TOWSIF HUSSAIN

**567**
Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information

**NAMES REPORTED**

TOWSIF HUSSAIN

**EMPLOYMENT INFO**

*You have no employment information on your credit report.*

**ADDRESSES REPORTED**

📍 10753A 77TH ST APT 1
OZONE PARK, NY
11417

◎ 65 FORBELL ST #2
BROOKLYN, NY
11208

## Accounts

Here's every account on your Equifax report. Click on the account name for more details.


For You


Credit

Cards


Loans

Money

## Overview

You're currently using **37%** of your account's limit.

| | |
|---|---|
| Balance | Credit limit |
| $74 | $200 |

| | |
|---|---|
| Monthly payment | $41 |

| | |
|---|---|
| Opened | Sep. 25, 2023 (1 yr, 2 mos) |

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| 2023 | | | | | | | | | ◉ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ◉ Unknown

| | |
|---|---|
| Last payment | Sep. 01, 2024 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |


For You


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Open |
| Type | Secured Credit Card |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**Creditor Information**

CITICARDS CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108

(800) 950-5114

**JPMCB CARD SERVICES**                                          $1,749.00
Reported: Oct. 10, 2024                                            **Closed**

**Overview**

For You        Credit        Cards        Loans        Money

Balance
**$1749**

Credit limit
**$1500**

Monthly payment

No Info

Opened

Mar. 11, 2020 (4 yrs, 8 mos)

## Payment History

You've made **64%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | | | |
| 2023 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ✖ | ✖ | ✖ | ✖ | ✖ |
| 2022 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2021 | ✖ | ✖ | ◉ | ✖ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

✓ Current    ✖ Late    ◉ Unknown

Last payment

Aug. 01, 2020

Current Payment Status

Charge-off

Amount past due

$1749

Worst Payment Status

Charge-off


For You


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| | Account closed by credit grantor |
| Times 30/60/90 days late | 1/1/19 |
| Closed | No Info |

**Creditor Information**

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850-5369

(800) 945-2000

Hide closed (1)

OTHER ACCOUNTS

**VERIZON**
Reported: Feb. 04, 2023

**$0.00**
**Needs Attention**

Overview

| For You | Credit | Cards | Loans | Money |

| Monthly payment | No Info |
|---|---|
| Opened | Dec. 20, 2021 (2 yrs, 11 mos) |

## Payment History

You've made **64%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ◉ |  |  |  |  |  |  |  |  |  |  |  |
| 2022 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ✕ | ✕ | ◉ | ✕ | ✕ | ✕ |
| 2021 |  |  |  |  |  |  |  |  |  |  |  | ◉ |

✔ Current    ✕ Late    ◉ Unknown

| Last payment | Jan. 01, 2023 |
|---|---|
| Current Payment Status | In Collections |
| Worst Payment Status | In Collections |

## Account Details

| Account status | Open |
|---|---|
| Type | Utility Company |
| Responsibility | Individual Account. |
| Remarks | Paid collection |
| Times 30/60/90 days late | 0/0/5 |
| Closed | No Info |

**Creditor Information**

VERIZON
500 TECHNOLOGY DR
WELDON SPRING, MO 63304

(877) 325-5156

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your Equifax report.

**CAPITAL ONE BANK USA**
Inquiry: Mar. 15, 2023

**All Banks**

**Institution Information**

CAPITAL ONE BANK USA
15000 Capital One Dr
Richmond, VA
23238-1119

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

**PORTFOLIO RECOVERY A**
Reported: Oct. 06, 2024

**$1,010.00**
**Needs Attention**

| For You | Credit | Cards | Loans | Money |

| | |
|---|---|
| Balance | Highest Balance |
| $1010 | $1010 |
| Opened | Feb. 27, 2023 (1 yr, 9 mos) |
| Account status | Open |
| Type | No Info |
| Responsibility | Individual Account. |
| Remarks | Collection account |
| Original Creditor Name | No Info |
| Closed | No Info |

**Creditor Information**

PORTFOLIO RECOVERY A
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

(757) 519-9300

**IC SYSTEMS**                                              $355.00
Reported: Oct. 20, 2024                          **Needs Attention**

**Overview**

You have **100%** left to pay on this collection.


For You


Credit

Cards


Loans


Money

| | |
|---|---|
| Opened | Aug. 16, 2024 (3 mos) |
| Account status | Open |
| Type | Unpaid |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Original Creditor Name | CHARTER COMMUNICATIONS |
| Closed | No Info |

**Creditor Information**

IC SYSTEMS
444 Highway 96 E
Saint Paul, MN 55127-2557

(888) 735-0516

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Oct. 21, 2024, you have no public records on your report.*

## Suggested for your credit                                    Suggested cards


For You


Credit


Cards


Loans


Money



☆☆★☆☆
77 Reviews

**Your chance of approval is excellent**

**MIN. DEPOSIT**

$100
Refundable

**ANNUAL FEE** ⓘ

$24 for the first year, then $36 thereafter

**REGULAR PURCHASE APR**

29.49%* Variable

**REWARDS RATE** ⓘ

10%
Cash Back

Continue

See details, rates, and fees

For You    Credit    Cards    Loans    Money



View report from

Dec 01, 2024 ⌄

# TOWSIF HUSSAIN

**537**
Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information

**NAMES REPORTED**

TOWSIF HUSSAIN

**EMPLOYMENT INFO**

*You have no employment information on your credit report.*

**ADDRESSES REPORTED**

10753A 77TH ST APT 1
OZONE PARK, NY
11417

10753 77TH ST
OZONE PARK, NY
11417

65 FORBELL ST #2
BROOKLYN, NY
11208

## Accounts

Here's every account on your Equifax report. Click on the account name for more details.

 For You    Credit    Cards    Loans    Money

## Overview

You're currently using **0%** of your account's limit.

| | |
|---|---|
| Balance | Credit limit |
| $0 | $200 |
| Monthly payment | No Info |
| Opened | Sep. 25, 2023 (1 yr, 2 mos) |

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | | |
| 2023 | | | | | | | | | ◎ | ✔ | ✔ | ✔ |

✔ Current   ✘ Late   ◎ Unknown

| | |
|---|---|
| Last payment | Nov. 01, 2024 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

For You     Credit     Cards     Loans     Money

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Secured Credit Card |
| Responsibility | Individual Account. |
| Remarks | Account closed by credit grantor |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Oct. 01, 2024 |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

CITICARDS CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108

(800) 950-5114

**JPMCB CARD SERVICES**
Reported: Nov. 10, 2024

$1,749.00
**Closed**

**Overview**


For You


Credit


Cards


Loans


Money

Monthly payment                                    No Info

Opened                                    Mar. 11, 2020 (4 yrs, 8 mos)

## Payment History

You've made **57%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |
| 2023 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2021 | ✕ | ✕ | ◉ | ✕ | ✕ | ✕ | ✕ | ◉ | ◉ | ◉ | ◉ | ◉ |

⌄

✓ Current      ✕ Late      ◉ Unknown

Last payment                                    Aug. 01, 2020

Current Payment Status                          Charge-off

Amount past due                                 $1749

Worst Payment Status                            Charge-off


For You


Credit


Cards


Loans


Money

🔔

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| | Account closed by credit grantor |
| Times 30/60/90 days late | 1/1/23 |
| Closed | No Info |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850-5369

(800) 945-2000

**OTHER ACCOUNTS**

**VERIZON**                                    **$0.00**
Reported: Oct. 30, 2024                    **Needs Attention**

| For You | Credit | Cards | Loans | Money |
|---------|--------|-------|-------|-------|

## Overview

You have **0%** left to pay on this loan.

Balance
$0

Monthly payment                                                        No Info

Opened                                            Dec. 20, 2021 (2 yrs, 11 mos)

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |   |   |   |
| 2023 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |
| 2022 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |
| 2021 |   |   |   |   |   |   |   |   |   |   |   | ◎ |

✔ Current    ✗ Late    ◎ Unknown

Last payment                                                    Jan. 01, 2023

Current Payment Status                                        In Collections

Worst Payment Status                                          In Collections

| | |
|---|---|
| Account status | Open |
| Type | Utility Company |
| Responsibility | Individual Account. |
| Remarks | Collection account |
| | Paid collection |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

VERIZON
500 TECHNOLOGY DR
WELDON SPRING, MO 63304

(877) 325-5156

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your Equifax report.


For You


Credit


Cards


Loans


Money

**See an error?**

Find out how to dispute a hard inquiry

**Institution Information**

CAPITAL ONE BANK USA
15000 Capital One Dr
Richmond, VA
23238-1119

**CITIZENS BANK**
Inquiry: Oct. 24, 2024

**All Banks**
**(203) 551-3548**

**See an error?**

Find out how to dispute a hard inquiry

**Institution Information**

CITIZENS BANK
480 JEFFERSON BLVD
WARWICK, RI
02886
(203) 551-3548

**CAPITAL ONE BANK USA**
Inquiry: Mar. 15, 2023

**All Banks**

**See an error?**

Find out how to dispute a hard inquiry

For You     Credit     Cards     Loans     Money

15000 Capital One Dr
Richmond, VA
23238-1119

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

**PORTFOLIO RECOVERY A**                                         **$1,010.00**
Reported: Nov. 21, 2024                                          **Needs Attention**

### Overview

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $1010 | $1010 |
| | |
| Opened | Feb. 27, 2023 (1 yr, 9 mos) |
| | |
| Account status | Open |
| | |
| Type | No Info |
| | |
| Responsibility | Individual Account |
| | |
| Remarks | Collection account |
| | |
| Original Creditor Name | No Info |
| | |
| Closed | No Info |

GO TO EQUIFAX

**Creditor Information**

PORTFOLIO RECOVERY A
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

(757) 519-9300

**IC SYSTEMS**                                                    **$355.00**
Reported: Nov. 24, 2024                                    **Needs Attention**

**Overview**

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $355 | $355 |
| Opened | Aug. 16, 2024 (3 mos) |
| Account status | Open |
| Type | Unpaid |
| Responsibility | Individual Account |
| Remarks | No Info |
| Original Creditor Name | CHARTER COMMUNICATIONS |
| Closed | No Info |

For You        Credit        Cards        Loans        Money


**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

IC SYSTEMS
444 Highway 96 E
Saint Paul, MN 55127-2557

(888) 735-0516

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Dec. 01, 2024, you have no public records on your report.*

## Suggested for your credit

**Suggested cards**

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**

## OpenSky® Launch Secured Visa® Credit Card



★★★☆☆
77 Reviews


For You

Credit


Cards


Loans


Money

**MIN. DEPOSIT**

$100
Refundable

**ANNUAL FEE** (i)

$24 for the first year, then $36 thereafter

**REGULAR PURCHASE APR**

29.49%* Variable

**REWARDS RATE** (i)

10%
Cash Back

Continue

See details, rates, and fees

---


For You


Credit


Cards


Loans


Money